# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.1, et al., | Case No. 1:16-cv-01914-LJO-SAB |
| Plaintiffs, | ORDER GRANTING PETITION OF SERENA URIBE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.G.2 |
| v. | |
| CITY OF FRESNO, ET AL., | (ECF No. 5) |
| Defendants. | |

The Court has considered the petition of Serena Uribe for appointment as Guardian Ad Litem for A.G.2 her minor daughter, who is a plaintiff in this action. Good cause appearing,

IT IS SO ORDERED, that Serena Uribe is appointed as Guardian Ad Litem for A.G.2. her minor daughter.

IT IS SO ORDERED.

Dated: __December 27, 2016__

_____
UNITED STATES MAGISTRATE JUDGE

1