# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.1, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>       Defendants. | Case No.  1:16-cv-01914-LJO-SAB<br><br>ORDER GRANTING PETITION OF AMALIA ALCANTAR FOR APPOINTMENT AS GUARDIAN AD LITEM FOR R.A.G.J<br><br>(ECF No. 8) |

The Court has considered the petition of Amalia Alcantar for appointment as Guardian Ad Litem for R.A.G.J. her minor son, who is a plaintiff in this action.  Good cause appearing,

IT IS SO ORDERED, that Amalia Alcantar is appointed as Guardian Ad Litem for R.A.G.J. her minor son.

IT IS SO ORDERED.

Dated:  __December 27, 2016__

                                             
UNITED STATES MAGISTRATE JUDGE