# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.1, et al., | Case No. 1:16-cv-01914-LJO-SAB |
| Plaintiffs, | ORDER SETTING SCHEDULING CONFERENCE |
| v. | (ECF Nos. 42, 43) |
| City of Fresno, et al., | |
| Defendants. | |

On April 9, 2020, the Court of Appeals for the Ninth Circuit issued an order affirming in part, and vacated and remanded this action in part. (ECF No. 42.) The mandate issued on May 28, 2020. (ECF No. 43.) This matter has been remanded for the district court to consider Plaintiffs' allegations that Officer Price's tactical conduct and decisions preceding the use of deadly force gave rise to negligence liability pursuant to California law.

The Court shall set a scheduling conference to a briefing schedule for the parties to file motions for summary judgment addressing this issue. In the event that the parties do not believe that a briefing schedule should be set in this matter, they may file a joint status report setting forth how this matter should proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. A scheduling conference is set in this matter for **June 30, 2020, at 3:30 p.m.** in Courtroom 9. The parties may appear telephonically at the scheduling conference

1

by contacting Courtroom Deputy Mamie Hernandez prior to the conference.

2. The parties shall file a joint scheduling report or status report **seven (7) days** prior to the scheduling conference setting forth any new dates not previously addressed.

IT IS SO ORDERED.

Dated:  **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE