# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.1, et al., | Case No. 1:16-cv-01914-NONE-SAB |
| Plaintiffs, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | (ECF No. 57) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On October 14, 2021, the parties attended an informal status conference and agreed to attend a settlement conference hearing. The parties were to find a mutually agreeable date and then inform the Court. (ECF No. 57.) Shortly thereafter, the parties provided the Court their mutually agreed upon date.

///
///
///
///
///
///
///

1

Pursuant to the parties' request, IT IS HEREBY ORDERED that a settlement conference is set for **February 22, 2022, at 9:30 a.m.** in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe, who will issue a subsequent order setting forth her requirements prior to the scheduled settlement conference.

IT IS SO ORDERED.

Dated:   **October 25, 2021**

UNITED STATES MAGISTRATE JUDGE