# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No.  1:16-cv-01914-JLT-SAB<br><br>ORDER REQUIRING THE PARTIES TO FILE EITHER A STATUS REPORT OR CONTACT THE COURT TO SET A STATUS CONFERENCE RE STATUS OF CASE AND NEED FOR FURTHER SCHEDULING<br><br>(ECF No. 64)<br><br>**OCTOBER 14, 2022 DEADLINE** |

On appeal, the Ninth Circuit upheld the granting of summary judgment on all grounds except for an issue relating to the negligence theory.  (See, e.g., ECF No. 45.)  The mandate issued on May 28, 2020.  (ECF No. 43.)  The Court held a scheduling conference on June 30, 2020, and set a dispositive motion filing deadline of October 1, 2020.  (ECF Nos. 47, 48.)  On July 6, 2020, Defendants filed a motion for summary judgment, and on October 1, 2021, the District Judge denied Defendants' motion for summary judgment.  (ECF Nos. 49, 55.)  The Court thereafter set a settlement conference, and on February 22, 2022, the parties attended a settlement conference before Magistrate Judge Barbara A. McAuliffe, however, the parties did not reach settlement.  (ECF No. 64.)  Since the date of the settlement conference, the parties have not filed any other documents in this action.  No trial date is currently set.  The Court shall order

the parties to file a status report, or alternatively the parties may request a status conference regarding the need for further scheduling; the status of settlement of the minors' claims here, and whether a trial date should be set.

Accordingly, IT IS HEREBY ORDERED that, **on or before October 14, 2022**, the parties shall either file a status report, or contact the Court to schedule a status conference, regarding the status of this matter and the need for scheduling. The failure to comply with this order may result in the imposition of sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 6, 2022**

UNITED STATES MAGISTRATE JUDGE