# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. G.1.. et al., | Case No. 1:16-cv-01914-JLT-SAB |
| Plaintiffs, | ORDER FOLLOWING STATUS CONFERENCE SETTING PRETRIAL CONFERENCE AND TRIAL DATES |
| v. | |
| CITY OF FRESNO, et al., | (ECF No. 67)) |
| Defendants. | |

On appeal, the Ninth Circuit upheld the granting of summary judgment on all grounds except for an issue relating to the negligence theory. (See, e.g., ECF No. 45.) The mandate issued on May 28, 2020. (ECF No. 43.) The Court held a scheduling conference on June 30, 2020, and set a dispositive motion filing deadline of October 1, 2020. (ECF Nos. 47, 48.) On July 6, 2020, Defendants filed a motion for summary judgment, and on October 1, 2021, the District Judge denied Defendants' motion for summary judgment. (ECF Nos. 49, 55.) The Court thereafter set a settlement conference, and on February 22, 2022, the parties attended a settlement conference before Magistrate Judge Barbara A. McAuliffe, however, the parties did not reach settlement. (ECF No. 64.) No trial date is currently set. Since the date of the settlement conference, the parties have not filed any other documents in this action, and on October 20, 2022, the Court held a status conference to discuss the status of this matter. (ECF No. 67.)

Pursuant to the matters discussed at the status conference, IT IS HEREBY ORDERED that:

1. A pretrial conference is set for **February 10, 2023**, at **1:30 p.m.**, in **Courtroom 4** before the Honorable Jennifer L. Thurston;[1] and

2. A trial is set for **April 3, 2023**, at **8:30 a.m.**, in **Courtroom 4**, before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **October 20, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties shall file a Joint Pretrial Statement pursuant to Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their Pretrial Statement in Word format, directly to District Judge Jennifer L. Thurston's chambers by email at JLTorders@caed.uscourts.gov. Counsels' attention is directed to Rules 281 and 282 of the Local Rules for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a Joint Statement of the Case to be used by the Court to explain the nature of the case to the jury during voir dire.